**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-2394**

---

JESSE G. YATES, III; MELISSA LONG YATES,

        Plaintiffs - Appellants,

    v.

JULIE GARRISON,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (5:14-cv-00068-RLV-DSC)

---

Submitted: April 23, 2015        Decided: April 27, 2015

---

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jesse G. Yates, III, Melissa Long Yates, Appellants Pro Se. Richard Caldarone, Joan Iris Oppenheimer, UNITED STATES DEPARTMENT OF JUSTICE, Washington D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jesse G. Yates, III, and Melissa Long Yates appeal the district court's order denying relief on their complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and related claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Yates v. Garrison, No. 5:14-cv-00068-RLV-DSC (W.D.N.C. Nov. 20, 2014). We deny the Yateses' motion to strike the informal response brief and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED